UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Docket Number(s): **24-1139**

Motion for: **Removal from fast-track, and motion to stay.**

Caption [use short title]

Set forth below precise, complete statement of relief sought:

Appellant respectfully requests that the above referenced case be removed from the fast-track expedited status/process and treat this case as a normally scheduled appeal.

Appellant also request that this matter is "stayed" pending the court's issuance of its memorandum and order regarding Appellant's motion to reconsider and re-open 22-CV-6925.

Jahmil O. Barrett,
Appellant,
-v-
Local 804 Union (IBT), &
United Parcel Service Inc. (UPS),
Appellees.

MOVING PARTY: **Jahmil O. Barrett**   OPPOSING PARTY: **Local 804 & UPS**

☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: **Pro Se**   OPPOSING ATTORNEY: **Mr. Charny & Ms. Tucker**
[name of attorney, with firm, address, phone number and e-mail]

Mr. Nathaniel K. Charny, 42 Market Street, Rhinebeck, NY 12572
Ms. Makenna E. Tucker, 40 Exchange Place, Suite 1502, New York, NY 10005

Court-Judge/Agency appealed from: **Natasha C. Merle, United States District Judge, (EDNY).**

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes ☐ No (explain):

Opposing counsel's position on motion:
☐ Unopposed ☒ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? ☐ Yes ☒ No
Has this relief been previously sought in this court? ☐ Yes ☒ No
Requested return date and explanation of emergency:

Is oral argument on motion requested?   ☒ Yes ☐ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☒ No If yes, enter date:

Signature of Moving Attorney:
*Jahmil Barrett*   Date: **05/22/2024**   Service by: ☐ CM/ECF ☒ Other [Attach proof of service]

Form T-1080 (rev.12-13)

669 East 57th Street
Brooklyn, NY 11234

May 10, 2024

United States Court of Appeals
For the Second Circuit
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

Reference: Jahmil O. Barrett -against- Local 804 (IBT) & United Parcel Service Inc., (UPS)
Docket Number: 24-1139

Attention: Clerk of the Court

Pursuant to the Federal Rules of Appellate Procedures, the Appellant respectfully requests that the above referenced case be removed from the fast-track expedited status/process and treat this case as a normally scheduled appeal and that this court **stay** this matter pending the district court's issuance of its pending **memorandum** and **order** regarding Appellant's motion to reconsider and reopen case number: 1:22-CV-06925. Appellees have been notified and this action will not prejudice the Appellees or interfere with the court's schedule.

Thank you for your assistance in this matter.

Respectfully Submitted,

Jahmil O. Barrett.
347-496-2926
Pro Se

Copy: Local 804, UPS, and File copy.

-1-

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

Jahmil O. Barrett, Appellant,

v.

Local 804 Union (IBT), &
United Parcel Service Inc. (UPS),
Appellees.

**CERTIFICATE OF SERVICE***

Docket Number: __24-1139__

I, __Jahmil O. Barrett__, hereby certify under penalty of perjury that
(print name)

on __May 22, 2024__, I served a copy of __Motion information form, Civil__
(date)
__Appeal Transcript Information (Form D-P), & Acknowledgement and Notice of Appearance.__
(list all documents)

by (select all applicable)**

___ Personal Delivery        _X_ United States Mail        ___ Federal Express or other Overnight Courier

___ Commercial Carrier       ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Nathaniel K. Charny | 42 Market Street | Rhinebeck, | NY | 12572 |
| Makenna E. Tucker | 40 Exchange Place, Suite 1502, | New York, | NY | 10005 |
|  |  |  |  |  |
|  |  |  |  |  |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

__May 22, 2024__
Today's Date

_/s/ Jahmil Barrett_
Signature

Certificate of Service Form (Last Revised 12/2015)